IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03237-GPG

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

ORDER ASSIGNING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to Magistrate Judge Michael E. Hegarty, as the presiding judge. *See* D.C.COLO.LCivR 40.1(c)(1). Accordingly, it is

ORDERED that this case shall be assigned to Magistrate Judge Michael E. Hegarty, as the presiding judge.

DATED January 7, 2015, at Denver, Colorado.

                                  BY THE COURT:
                                  S/ Gordon P. Gallagher

                                  _____
                                  United States Magistrate Judge