IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03237-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2015.**

    Before the Court is Defendant's Motion for Entry of Protective Order [filed April 17, 2015; docket #24] and Plaintiff's written objection to the motion.  Plaintiff's objections are aimed at the issuance of a protective order at all, as opposed to the particular order proposed by Defendant.  The Court finds the proposed order proper and necessary to protect confidential information exchanged by the parties.  Plaintiff's primary objection to the motion – that a party designating information as confidential should be required to show good cause – is covered by paragraph 9 in the proposed order.

    Accordingly, the Court will **grant** the motion and direct Defendant to provide the Court with a copy of the proposed protective order in useable format (Word, Word Perfect).