IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03237-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2015.**

    Plaintiff's Motion to Hold Civil Action in Abeyance [filed April 20, 2015; docket #25] is **granted in part and denied in part**. The Court will not impose an indefinite stay of the proceedings at this stage of the litigation. However, the Plaintiff has demonstrated good cause to stay the proceedings temporarily until the parties appear before this Court for a Status Conference on June 10, 2015. At that time, the Court will discuss the status of the case with the parties and whether a stay remains necessary.

    The Clerk of the Court is directed to impose a temporary stay of the proceedings of this case until June 10, 2015.