IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03237-MEH | Date: | December 17, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                         *Counsel:*

MELEAHA R. GLAPION                            Pro se

    Plaintiffs,

v.

JULIAN CASTRO                                        Timothy Jafek

    Defendant.

---

**COURTROOM MINUTES
MOTION HEARING**

---

**10:32  a.m.      Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:     [46] Second Motion to Compel Discovery Requests by Meleaha R. Glapion is
                GRANTED IN PART AND DENIED IN PART as stated on the record.

Supplemental responses by the defendant are due January 8, 2016.

**11:32 a.m.      Court in recess.**   Hearing concluded.
Total in-court time    01:00

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.