IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03237-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2016.**

    Defendant's Unopposed Motion to Vacate Final Pretrial Conference [filed March 4, 2016; docket #58] is **granted**. For good cause shown, the Final Pretrial Conference currently set for March 16, 2016, is **vacated** and **rescheduled** to **May 24, 2016**, at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    All other aspects of the minute order providing details regarding the Final Pretrial Conference remain in effect. *See* docket #43.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).